# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Arturo Cena,                                        Case No. 21-cv-1500 (WMW/BRT)

                        Plaintiff,

                                                            **ORDER**

        v.

Yellow Medicine County Sheriff et al.,

                        Defendants.

---

When commencing this action, Plaintiff Arturo Cena neither paid the filing fee for this matter, *see* 28 U.S.C. § 1914, nor applied to proceed in forma pauperis (IFP), *see* 28 U.S.C. § 1915.  The Clerk of Court warned Cena in a June 25, 2021 letter that his failure to either pay the filing fee or apply for IFP status could result in dismissal of this action without prejudice.  To date, Cena has not paid the required filing fee, applied for IFP status or otherwise communicated with the Court about this case.  Accordingly, this action is dismissed without prejudice for failure to prosecute.  *See* Fed. R. Civ. P. 41(b); *Henderson v. Renaissance Grand Hotel*, 267 Fed. App'x 496, 497 (8th Cir. 2008) (per curiam).  Based on the foregoing analysis and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: August 18, 2021                          s/Wilhelmina M. Wright
                                                         Wilhelmina M. Wright
                                                         United States District Judge